IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

CHARLES SCHMIDT,

Plaintiff,

v.

HILLCREST, DAVIDSON AND ASSOCATES, LLC,

Defendant.

Case No.: 15-479 JPG/PMF

## JUDGMENT

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

Dated: October 26, 2015        JUSTINE FLANAGAN, Acting Clerk of Court


                               s/ Reid Hermann
                               Deputy Clerk


**Approved:**   *s/J. Phil Gilbert*
              **J. PHIL GILBERT**
              **DISTRICT JUDGE**